UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STACEY MERCER,

                Plaintiff,

-against-

1641 YORK PROPERTY GROUP, LLC, and C&G TWINS, CORP., d/b/a BAGEL BOBS ON YORK,

                Defendants.

Case No. 1:24-cv-03485 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On September 26, 2024, Defendant 1641 York Property Group, LLC ("1641 York") moved for an extension of time until October 18, 2024 for 1641 York to file its responsive pleading. Dkt. 30. The Court granted Defendant 1641 York Property Group's request and vacated its September 16, 2024, Order requiring Plaintiff to file a motion for default judgment no later than September 27, 2024, as to 1641 York. Dkt. 32.

Defendant C&G Twins, Corp., d/b/a Bagel Bobs on York ("C&G Twins"), however, has not moved for vacatur of the Court's September 27, 2024 Order or for an extension of time to file a responsive pleading. Plaintiff is therefore ordered to file a motion for default judgment in accordance with the Court's Individual Rules and S.D.N.Y. Local Civil Rule 55.2 against C&G Twins no later than October 9, 2024.

Dated: October 2, 2024
       New York, New York

                                        SO ORDERED.

                                        JENNIFER L. ROCHON
                                        United States District Judge