

**KENNETH A. NOVIKOFF**
PARTNER
(516) 357-3110
ken.novikoff@rivkin.com

October 17, 2024

> Defendant 1641 York Property Group's request for an extension of time to file their responsive pleading is GRANTED. Defendant 1641 York Property Group shall have until October 25, 2024 to file their responsive pleading.
>
> Dated: October 18, 2024
>       New York, New York
>
> SO ORDERED.
>
> *Jennifer Rochon*
> JENNIFER L. ROCHON
> United States District Judge

**VIA ECF**
Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street – Room 1920
New York, New York 10007

Re:   *Stacey Mercer v. 1641 York Property Group, LLC and C&G Twin, Corp. d/b/a Bagel Bobs On New York*
      Docket No.: 24-cv-03485-JLR

Your Honor:

     The law firm of Rivkin, Radler LLP represents Defendant, 1641 York Property Group, LLC, ("1641 York"), in the above referenced action. The parties jointly request an additional week, until October 25, 2024, for 1641 York to file its responsive pleading. This is the parties' first joint request for an extension.

     Due to various Jewish holidays beginning on October 3, 2024, and other professional and personal commitments, counsel for the parties have not been able to coordinate a time to speak and address the possibility of early resolution of this matter. However, counsel spoke very briefly yesterday and believe that a resolution is very likely and could be finalized in principle by October 24, 2024.

                                        Respectfully Submitted,

                                        RIVKIN RADLER, LLP

                                        *Kenneth A. Novikoff*

                                        Kenneth A. Novikoff

4889-1642-2121, v. 1