UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STACEY MERCER,<br><br>        Plaintiff,<br><br>   -against-<br><br>1641 YORK PROPERTY GROUP and C&G TWINS, CORP.,<br><br>        Defendants. | 1:24-cv-03485 (JLR)<br><br>**ORDER OF DISMISSAL** |

JENNIFER L. ROCHON, United States District Judge:

  The Court having been advised at Dkt. 42 that all claims asserted by Plaintiff against Defendant 1641 York Property Group have been settled in principle, it is ORDERED that Plaintiff's claims as to 1641 York Property Group be and are hereby DISMISSED and discontinued without costs, and without prejudice to the right to reassert those claims **within thirty days** of the date of this Order if the settlement is not consummated.  This order has no effect on Plaintiff's claims as to C&G Twins Corp., which remain ongoing.

  To be clear, any application to reassert those claims **must** be filed **by the aforementioned deadline**; any application to reassert those claims filed thereafter may be denied solely on that basis

  If Plaintiff and 1641 York Property Group wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reassert those claims to be "so ordered" by the Court.  Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

  Any pending motions pertaining to Plaintiff's claims against 1641 York Property Group are moot and all deadlines against 1641 York Property Group are vacated.  All conferences pertaining to Plaintiff's claims against 1641 York Property Group are cancelled.  The Clerk of Court is respectfully directed to change the caption to reflect only Plaintiff's claims against C&G Twins Corp.

Dated: December 20, 2024
    New York, New York

                          SO ORDERED.

                          *Jennifer Rochon*
                          JENNIFER L. ROCHON
                          United States District Judge