UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STACEY MERCER,<br><br>       Plaintiff,<br><br>  -against-<br><br>C&G TWINS, CORP.,<br><br>       Defendant. | 24-cv-03485 (JLR)<br><br>**ORDER OF DISMISSAL** |

JENNIFER L. ROCHON, United States District Judge:

  The Court having been advised at Dkt. 46 that all claims asserted by Plaintiff against Defendant C&G Twins, Corp. have been settled in principle, it is ORDERED that Plaintiff's claims as to C&G Twins, Corp. be and hereby are DISMISSED and discontinued without costs, and without prejudice to the right to reassert those claims **by February 10, 2025** if the settlement is not consummated.

  To be clear, any application to reassert those claims **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.

  If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

  Any pending motions are moot. All conferences are cancelled. The Clerk of Court is directed to CLOSE the case.

Dated: January 10, 2025
    New York, New York

                    SO ORDERED.

                    *Jennifer Rochon*
                    JENNIFER L. ROCHON
                    United States District Judge